UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | | |
|---|---|---|
| DANIELLE HIMES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO.: 3:21-cv-00035-KRG |
| C. R. BARD, INC., et al., | § § § | |
| Defendants. | § § | |

## ORDER GRANTING DISMISSAL OF DANIELLE HIMES'S CLAIMS WITHOUT PREJUDICE

The Court having examined the foregoing Joint Stipulation of Dismissal of Danielle Himes's claims in the above-captioned matter filed by the parties, finds that the Agreed Stipulation Should be GRANTED.

It is therefore ORDERED that the Order Granting Stipulation of Dismissal of Danielle Himes's Claims Without Prejudice is granted.

SIGNED on this 17th day of March, 2021.

_____
DISTRICT JUDGE KIM R. GIBSON